

# Fourth Court of Appeals
## San Antonio, Texas

August 26, 2020

No. 04-20-00305-CV

**IN THE INTEREST OF A.K.P.**, a Child

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-PA-01650
Honorable Charles E. Montemayor, Judge Presiding

**ORDER**

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF JURISDICTION. Appellant is indigent; no costs of court are taxed in this appeal.

It is so **ORDERED** on August 26, 2020.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of August, 2020.

_____
Michael A. Cruz, Clerk of Court